UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL F. BARTHOLOMEUSZ,

    Plaintiffs,

v.

HZO INC.,

    Defendants.

Case No. 17-cv-05165-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 14, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 30, 2018.

DESIGNATION OF EXPERTS: 2/25/19; REBUTTAL: 3/8/19;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 29, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 4, 2019;
    Opp. Due: January 18, 2019; Reply Due: January 25/2019;
    and set for hearing no later than February 8, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 30, 2019 at 3:30 PM.

JURY TRIAL DATE: May 13, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Documents submitted to the Court for in-camera review need not be produced.
Counsel shall meet and confer re: discovery protocol and confidentiality agreements.
This case shall be referred to a magistrate-judge for settlement purposes. The Settlement conference shall occur in August 2018.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/14/18

_____
SUSAN ILLSTON
United States District Judge